SYRING, Appellant, vs. FISHBECK and another, Respondents.

For the appellant: *Cannon & Waldron* of Milwaukee.

For the respondent Fishbeck: *Lines, Spooner & Quarles* of Milwaukee.

For the respondent Schmidt: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.

SMITH, Respondent, vs. HOEHNE, Appellant.

For the appellant: *Rush & Devos* of Neillsville, attorneys, and *Fisher & Cashin* of Stevens Point, of counsel.

For the respondent: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

*By the Court.*—Judgment affirmed.

LUECK, Respondent, vs. NEW AMSTERDAM CASUALTY COMPANY, Appellant.

For the appellant: *Stephens, Sletteland & Sutherland*, attorneys, and *Bagley, Spohn & Ross*, of counsel, all of Madison.

For the respondent: *Bassuener & Hunke* of Sheboygan, attorneys, and *Eberlein & Larson* of Shawano, of counsel.

*By the Court.*—Judgment affirmed.